# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**WCM INDUSTRIES, INC.**,

*Plaintiff - Cross-Appellant*,

v.

**IPS CORPORATION**,

*Defendant – Appellant*

AND

**AMERICAN BRASS & ALUMINUM FOUNDRY COMPANY**,

AND

**JOHN DOE**,

*Defendants*.

**2016-2211, -2268**

Appeal from the United States District Court for the Western District of Tennessee in case no. 2:13-CV-02019, Judge Jon P. McCalla.

## DEFENDANT-APPELLANT IPS CORPORATION'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 11(d)

Pursuant to Federal Circuit Rule 11(d), Defendant-Appellant, IPS Corporation ("IPS") has reviewed the trial record to determine whether the portions of the record subject to a protective order during the lower court proceedings need to remain protected on appeal. Based on this review, IPS has

determined that the portions reviewed and protected by IPS should remain protected on appeal.

Respectfully Submitted,

Dated: February 27, 2016

/s/ David Silvia

David J. Silvia
Locke Lord LLP
One Canterbury Green
Stamford, CT 06901
(203) 353-6839

Hugh S. Balsam
Locke Lord LLP
111 South Wacker Drive, Suite 1400
Chicago, IL 60606
(312) 443-0700

Joseph A. Farco
Locke Lord LLP
3 World Financial Center
New York, NY 10281
(212) 415-8567

*Attorneys for Defendant-Appellant IPS Corporation*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 27th day of February, 2017, a true and accurate copy of the foregoing DEFENDANT-APPELLANT IPS CORPORATION'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 11(d) were filed using CM/ECF system with the Clerk's Office of the United State Court of Appeals for the Federal Circuit and served on the following counsel for Appellee via electronic mail:

J. Michael Jakes (Counsel of Record)
Kathleen Daley
Jason Lee Romrell
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel.: 202-408-4000
mike.jakes@finnegan.com
Kathleen.daley@finnegan.com
Jason.romrell@finnegan.com

Todd P. Blakely
Kendria Elizabeth Pearson
Ian Walsworth
SHERIDAN ROSS P. C.
1560 Broadway, Suite 1200
Denver, CO 80202
Tel.: 303-863-9700
tblakely@sheridanross.com
kpearson@sheridanross.com
iwalsworth@sheridanross.com

Attorneys for Plaintiff-Cross-Appellant WCM Industries, Inc.

/s/ Joseph Farco
Joseph A. Farco
LOCKE LORD LLP
3 World Financial Center
New York, NY 10281
(212) 415-8567
*Attorney for Appellant- Defendant IPS Corporation*